UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 14-402 MJD/JJK |
| Plaintiff, | 21 U.S.C. § 841(a)(1) |
| v. | 21 U.S.C. § 841(b)(1)(A) |
| EDGAR CISNEROS, JR., | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent to Distribute Methamphetamine)

On or about November 12, 2014, in the State and District of Minnesota, the defendant,

**EDGAR CISNEROS, JR.**

knowingly and intentionally possessed with the intent to distribute approximately 10 pounds of a mixture or substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or

SCANNED
DEC - 9 2014
U.S. DISTRICT COURT MPLS

indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p). All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 853(a)(1) and (2).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY               FOREPERSON